JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMA PILOTO MORALES,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, ADELANTO<br>DETENTION FACILITY, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01786-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: April 17, 2026

_____
HON. MICHAEL B. KAUFMAN